**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 313 WAL 2018
:
        Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
RYAN PAUL, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.